RICHARD S. HARTUNIAN
United States Attorney

Maria Fragassi Santangelo
Special Assistant U.S. Attorney
United States Attorney's Office
c/o Social Security Administration
26 Federal Plaza, Room 3904
New York, New York 10278
(212) 264-2303
Fax: (212) 264-6372
Maria.Fragassi@ssa.gov
Bar Roll No. 514046

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DURMO MEMISEVIC,

        Plaintiff,

  v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
-----------------------------------------------------------------X

Civil Action No.
6:15-CV-1201 (DNH/CFH)

**CONSENT ORDER FOR REMAND PURSUANT TO 42 U.S.C. § 405(g)**

IT IS HEREBY STIPULATED AND AGREED by the undersigned attorneys for the parties in the above-titled action that this case be remanded to the Commissioner for further proceedings pursuant to the sixth sentence of 42 U.S.C. § 405(g).

AND, the Court having reviewed the record in this matter;

IT IS SO ORDERED:

_____
David N. Hurd
United States District Judge

Dated: June 2, 2016
       Utica, NY

The undersigned hereby consent to the form and entry of the within order.

Dated: New York, New York
May 20, 2016

                                    RICHARD S. HARTUNIAN
                                    United States Attorney
                                    Northern District of New York

By:   */s/Maria Fragassi Santangelo*
       Maria Fragassi Santangelo
       Special Assistant U.S. Attorney
       Bar Roll No. 514046
       *Attorney for Defendant*

Dated: New York, New York
May 20, 2016

                                    PETER M. HOBAICA LLC

By:   /s/ *B. Brooks Benson*
       B. Brooks Benson, Esq.
       Bar Roll N. 101137
       2045 Genesee Street
       Utica, New York 13501
       bbbenson7qp@yahoo.com
       *Attorney for Plaintiff*